UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARQUITA JACKSON,

        Plaintiff,

    v.

THE CITY OF FEDERAL WAY, et al.,

        Defendants.

CASE NO. C05-655JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    The court has received the parties' stipulated motion to continue trial and related dates (Dkt. # 13). The court GRANTS in part and DENIES in part the parties' motion. The court does not believe that counsel's two-week "family event" in August warrants an eight-month continuance; however, the court grants a limited continuance and sets trial for October 24, 2006. The court VACATES its prior order setting the trial date and related deadlines (Dkt. # 10) and directs the clerk to issue a revised scheduling order.

    Filed and entered this 30th day of January, 2006.

                                    BRUCE RIFKIN, Clerk

                                    By    s/Mary Duett
                                            Deputy Clerk

MINUTE ORDER